AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| Tron Holdings LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:25-cv-00247 |
| InMobi Technology Services Private Limited | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tron Holdings LLC                                    .

Date:      03/02/2025                                         /s/ Isaac Rabicoff
                                                                *Attorney's signature*

                                                                Isaac Rabicoff
                                                        *Printed name and bar number*

                                                    Rabicoff Law LLC
                                    4311 N Ravenswood Ave Suite 315, Chicago, IL 6061
                                                        7736694590
                                                                *Address*

                                                    isaac@rabilaw.com
                                                        *E-mail address*

                                                    (773) 669-4590
                                                        *Telephone number*

                                                        *FAX number*