**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

TRON HOLDINGS LLC,

§
§
§

*Plaintiff,*

§

v.

§
§

CASE NO. 2:25-CV-00247-JRG-RSP

INMOBI TECHNOLOGY SERVICES
PRIVATE LIMITED,

§
§
§

*Defendant.*

§
§

## ORDER

Pursuant to Federal Rule of Civil Procedure 4(m), the Court "must dismiss the action without prejudice against that defendant or order that service be made within a specified time" if a defendant is not served within ninety (90) days after the complaint is filed. Plaintiff does not represent that it has served Defendant. The docket as to this case indicates that more than ninety (90) days have passed since filing and the Defendant has not been served. Accordingly, it is hereby

**ORDERED** that Plaintiff do one of the following within fourteen (14) days of this Order:

1. File a notice indicating that the Defendant has been properly served;

2. Serve Defendant and file a notice indicating the same; or

3. File a notice dismissing the above-captioned case.

   If none of these actions are taken, and Plaintiff does not file a motion seeking an extension for good cause shown, the Court will dismiss the case pursuant to Rule 4(m).

   **SIGNED this 7th day of June, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE